## FLORIDA DIGITAL NETWORK, INC., a Delaware corporation, Plaintiff–Appellant,

v.

EMBARQ FLORIDA, INC., a Florida corporation, Florida Public Service Commission, Lila A. Jaber, in her official capacity as Chairman of the Florida Public Service Commission, J. Terry Deason, Braulio L. Baez, et al., Defendants–Appellees.

No. 05–16653.

United States Court of Appeals, Eleventh Circuit.

Sept. 15, 2006.

Michael C. Sloan, Cole, Raywid & Braverman, Washington, DC, for Plaintiff–Appellant.

J. Jeffry Wahlen, Ausley & McMullen, David E. Smith, Richard Charles Bellak, Florida Public Service Commission, Tallahassee, FL, for Defendants–Appellees.

Before MARCUS, WILSON and COX, Circuit Judges.

PER CURIAM:

Florida Digital Network, Inc. ("Florida Digital") appeals the district court's affirmance of a decision by the Florida Public Service Commission ("the Commission") setting the rates charged by an incumbent local exchange carrier (Embarq Florida, Inc., formerly Sprint–Florida, Inc.) for unbundled network elements provided to competitive carriers, including Florida Digital, under the Telecommunications Act of 1996. Florida Digital contends: (1) that the rates established were arbitrary and capricious, an abuse of discretion, and not supported by substantial, competent evidence; (2) that the Commission decision establishing the rates failed to comply with applicable law and regulations; and (3) that the Commission arbitrarily established geographically de-averaged rate zones.

After reviewing the record, reading the parties's briefs and having the benefit of oral argument, we affirm the district court's decision based on its well-reasoned order of November 2, 2005.

**AFFIRMED.**